1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DEREK R. OWENS (CABN 230237)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6488
7      Fax: (415) 436-7234
       derek.owens@usdoj.gov
8
   Attorneys for the United States of America
9

**RECEIVED**

MAR 1 2 2009

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

Submitting Counsel are directed
to serve this order upon all other
parties in this action

**FILED**

MAR 1 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )    No. CR 94-0092 TEH
                                     )
14         Plaintiff,                )
                                     )
15     v.                            )    **MOTION AND [PROPOSED] ORDER
                                     )    TO DISMISS INDICTMENT**
16  KLAUS JOHANNES, and              )
    NARATON DHILLON,                 )
17                                   )
           Defendant.                )
18  _____)

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20  United States Attorney for the Northern District of California moves to dismiss the above

21  Indictment pending against KLAUS JOHANNES and NARATON DHILLON without prejudice.

22
                                Respectfully submitted,
23
                                JOSEPH P. RUSSONIELLO
24                              United States Attorney

25

26  DATED: 3-11-09              _____
27                              BRIAN J. STRETCH
                                Assistant United States Attorney
28  //

MOTION AND [PROPOSED] ORDER TO DISMISS INDICTMENT
CR 94-0092 TEH

1  The Court hereby grants leave to dismiss the above Indictment against KLAUS JOHANNES
2  and NARATON DHILLON without prejudice.

3
4
5  DATED: 3/11/09

THE HONORABLE SUSAN ILLSTON
United States District Court Judge

MOTION AND [PROPOSED] ORDER TO DISMISS INDICTMENT
CR 94-0092 TEH